UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            v.<br><br>MALIEK LUGG,<br>    a/k/a "Scarface,"<br>    a/k/a "Scar,"<br>JOHN LIVIGNI,<br>    a/k/a "Johnny,"<br>CURTIS MILLER,<br>    a/k/a "Butter,"<br>    a/k/a "Birdie,"<br>    a/k/a "Light,"<br>TOMMY BROWN, JR.,<br>    a/k/a "Ayo,"<br>    a/k/a "Bizzy,"<br>CHRISTIAN CORTEZ,<br>    a/k/a "Bhris,"<br>JARED COVINGTON,<br>    a/k/a "KG,"<br>NAZZIR WASHINGTON,<br>    a/k/a, "Nazzi,"<br>VITO HASKINS,<br>    a/k/a "Youngin,"<br>FELIX CUEVAS,<br>    a/k/a "Cuzzo,"<br>MANNY PINA,<br>ANDRE BETHEA,<br>    a/k/a "Black,"<br>SEAN THOM,<br>    a/k/a "Bobby,"<br>BISHARA STROTHER,<br>    a/k/a "Wawa,"<br>ROBERT JOHNSON,<br>    a/k/a "Black Rob,"<br>HENRY RODRIGUEZ,<br>    a/k/a "Hollywood,"<br>PETER RODRIGUEZ,<br>    a/k/a "Heavy,"<br>DANIEL NEGRON,<br>    a/k/a "Bolo,"<br>BRANDI FELCI, and<br>BLAKE JAKE TANNENBAUM,<br><br>            Defendants. | **SEALED**<br>**SUPERSEDING INDICTMENT**<br><br>(S1) 25 Cr. 484 (DLC) |

The Grand Jury charges:

1.  From 2020 through 2023, more than 10,000 people died from fatal drug overdoses in New York City. Fentanyl—a synthetic opioid fifty times more potent than heroin—was involved in approximately 80% of those fatal overdoses, causing more than 8,000 deaths.

2.  New York City's Washington Square Park (the "Park" or "WSP") is a highly visible symbol of this public health crisis. During the last five years, police officers and emergency medical personnel have responded to over 65 reports of apparent drug overdoses in the Park and the surrounding area of Sixth Avenue between Bleecker Street and West 14th Street (the "Washington Square Park Area"). The Washington Square Park Area, located in the Greenwich Village neighborhood of New York City, contains the Park—with three playgrounds, two dog runs, a fountain, chess tables, and the historic Washington Square Arch—and the West 4th Street Subway Station, one of the City's busiest transportation hubs, used by approximately 30,000 people every day.

3.  From at least in or about 2020 through the present, a criminal network has occupied the Washington Square Park Area, distributing millions of doses of opioids including fentanyl, fentanyl analogues, and heroin, as well as millions of doses of crack cocaine. As a consequence of this network's coordinated and extensive drug distribution, used syringes and needles, discarded drug packaging, and other drug paraphernalia are strewn throughout the Park; similar evidence of extensive drug distribution can be found in the West 4th Street Subway Station where drug users who purchase narcotics in the Washington Square Park Area often bring them for use.

4.  The members of this criminal network include MALIEK LUGG, a/k/a "Scarface," a/k/a "Scar," JOHN LIVIGNI, a/k/a "Johnny," CURTIS MILLER, a/k/a "Butter," a/k/a "Birdie," a/k/a "Light," TOMMY BROWN, JR., a/k/a "Ayo," a/k/a "Bizzy," CHRISTIAN CORTEZ, a/k/a "Bhris," JARED COVINGTON, a/k/a "KG," NAZZIR WASHINGTON, a/k/a, "Nazzi," VITO

HASKINS, a/k/a "Youngin," FELIX CUEVAS, a/k/a "Cuzzo," MANNY PINA, ANDRE BETHEA, a/k/a "Black," SEAN THOM, a/k/a "Bobby," BISHARA STROTHER, a/k/a "Wawa," ROBERT JOHNSON, a/k/a "Black Rob," HENRY RODRIGUEZ, a/k/a "Hollywood," PETER RODRIGUEZ, a/k/a "Heavy," DANIEL NEGRON a/k/a "Bolo," BRANDI FELCI, and BLAKE JAKE TANNENBAUM, the defendants.

5. During this period, the defendants have collectively maintained a year-round market for opioids and crack cocaine in the Washington Square Park Area. The defendants operate this open-air drug market throughout the day and night, even if a defendant is arrested or incarcerated. Indeed, during the last five years, officers with the New York City Police Department's Sixth Precinct, which has jurisdiction over the Washington Square Park Area, have arrested the defendants on over 80 occasions for state drug-related offenses and other crimes; some over a half a dozen times. Upon release from those arrests, the defendants returned to selling drugs in the Washington Square Park Area, despite the defendants' pending state charges, or terms of state bail, probation, or parole.

6. The defendants' drug dealing has had deadly consequences. In one six-month span in 2024, the fentanyl and fentanyl analogues distributed by the defendants caused at least two deaths: the death of an 18-year-old individual ("Victim-1") and a 43-year-old individual ("Victim-2"). In addition to those deaths, the defendants' drug dealing has also caused numerous other overdoses that created a substantial risk of death and caused other injuries. The defendants are aware that their drugs cause overdoses, including in and around the Washington Square Park Area, but have nonetheless continued their coordinated and extensive sale of these deadly drugs.

7. Through their coordinated and extensive drug trafficking, the defendants have maintained an open-air drug market in the Washington Square Park Area, where drug addicts and users can secure narcotics at any time, year-round. This activity has victimized individuals as

3

diverse as New York City itself, resulting in the death, for example, of 18-year-old Victim-1, two days after graduating from high school in Aspen, Colorado, and arriving in the City for a prestigious theater internship, and of 43-year-old Victim-2, after living, homeless, in the Washington Square Park Area for years.

### Overview

8. From at least in or about 2020 through the present, the defendants have worked in close collaboration—as members of overlapping teams and as associates—to further their collective control over extensive drug dealing in the Washington Square Park Area. These groups include a team made up of members and associates of the Bloods gang (the "Bloods Team") and a team (the "Livigni Team") of drug dealers controlled by JOHN LIVIGNI, a/k/a "Johnny," the defendant. The defendants also include additional drug dealers (the "Associate Dealers") who work closely with each other and with the Bloods Team and the Livigni Team to sell drugs throughout the Washington Square Park Area. (the Associate Dealers, the Bloods Team, and the Livigni Team are, collectively, the "WSP Enterprise"). The Bloods Team, the Livigni Team, and the Associate Dealers each employ common and coordinated workers—typically drug users in the Washington Square Park Area—and have mutual agreements and understandings that enable them to maximize profits from their collective drug dealing, minimize internal conflicts, exclude outside competition, and evade law enforcement. Through these agreements, the defendants sell varying mixtures of opioids like fentanyl, fentanyl analogues such as para-fluorofentanyl and acetylfentanyl, and heroin, generally referred to as "dope," and cocaine, in a form commonly known as "crack," throughout the Washington Square Park Area.

### The Defendants

9. MALIEK LUGG, a/k/a "Scarface," a/k/a "Scar," the defendant, is a member of the Bloods Team, which markets dope and crack in the Washington Square Park Area. The Bloods

Team consists of members and associates of the Mac Ballers set of the Bloods, a violent national gang. LUGG principally sells drugs in the northwest corner of Washington Square Park and at times near the West 4th Street Subway Station. Different members of the Bloods Team sell drugs in different types of packaging, including clear bags, red bags, clear cone-like capsules, and purple bags, among other types of packaging. Individual members of the Bloods Team use their particular form of packaging as a kind of brand-recognition; for example, LUGG is known among drug users and dealers in the Washington Square Park Area for selling drugs in purple bags. LUGG's purple bags included fentanyl and fentanyl analogues that were marketed as a particularly powerful type of dope. As described further below, this mixture caused the overdose death of Victim-1.

10. TOMMY BROWN, JR., a/k/a "Ayo," a/k/a "Bizzy," JARED COVINGTON, a/k/a "KG," CHRISTIAN CORTEZ, a/k/a "Bhris," NAZZIR WASHINGTON, a/k/a "Nazzi," and VITO HASKINS, a/k/a "Youngin," the defendants, are also members of the Bloods Team who sell drugs in or near the Park. WASHINGTON, in particular, sells drugs on the corner of Sixth Avenue and West 4th Street, a drug dealing location that WASHINGTON shares with two Associate Dealers: BISHARA STROTHER, a/k/a "Wawa," and ROBERT JOHNSON, a/k/a "Black Rob," the defendants. HASKINS, after conducting drug sales in the Washington Square Park Area on or about December 18, 2024, struck a passerby riding a bicycle while fleeing in his car from police officers who were attempting to arrest him for drug-related offenses.

11. JOHN LIVIGNI, a/k/a "Johnny," the defendant, is the leader of the Livigni Team, which markets dope and crack in the Washington Square Park Area. The Livigni Team typically sells crack cocaine in yellow bags and their brand of dope in light blue, white, or pink bags. The Livigni Team has operated principally on Sixth Avenue between West 8th and West 9th Streets; in or about 2025, the Livigni Team moved its principal base of operation approximately two blocks north, to Sixth Avenue between West 10th and West 12th Streets. As the leader of the Livigni

Team, LIVIGNI exercises control over the Livigni Team's operations, appoints and pays its managers, and is responsible for securing its drug supply. LIVIGNI is also the principal representative of the Livigni Team in the mutual agreements and understandings that it has with other members of the WSP Enterprise, described in more detail below.

12. FELIX CUEVAS, a/k/a "Cuzzo," and MANNY PINA, the defendants, are managers of the Livigni Team who supervise and pay lower-level workers. As managers, CUEVAS and PINA are responsible for ensuring that lower-level workers sell drugs to customers and do not steal from the Livigni Team's drug supply.

13. CURTIS MILLER, a/k/a "Butter," a/k/a "Birdie," a/k/a "Light," ANDRE BETHEA, a/k/a "Black," SEAN THOM, a/k/a "Bobby," BISHARA STROTHER, a/k/a "Wawa," ROBERT JOHNSON, a/k/a "Black Rob," HENRY RODRIGUEZ, a/k/a "Hollywood," and PETER RODRIGUEZ, a/k/a "Heavy," the defendants, offer dope and crack cocaine in different parts of the Washington Square Park Area, including, for brothers HENRY RODRIGUEZ and PETER RODRIGUEZ, near the chess tables in the southwest corner of the Park. STROTHER not only sells drugs throughout the Washington Square Park Area, but also supplies members of the Bloods Team, the Livigni Team, and other Associate Dealers in the WSP Enterprise with drugs when they run out of their primary supply. Each of these dealers often works in concert with one or more of each other, or with another WSP Enterprise drug dealer, when selling drugs in the Washington Square Park Area.

14. DANIEL NEGRON, a/k/a "Bolo," BRANDI FELCI, and BLAKE JAKE TANNENBAUM, the defendants, are workers who each have sold drugs for multiple drug dealers in the WSP Enterprise, including the Bloods Team, the Livigni Team, and the Associate Dealers.

**The Defendants Work Together to Sell Drugs in the Washington Square Park Area**

15. Through the WSP Enterprise, the defendants collaborate with each other to further

6

their common interest of maximizing their drug dealing profits and avoiding apprehension by law enforcement. The defendants achieve these common goals through the following mutual agreements and understandings, among others:

      a.      As the head of the Livigni Team, JOHN LIVIGNI, a/k/a "Johnny," the defendant, has agreed with members of the Bloods Team, including MALIEK LUGG, a/k/a "Scarface," a/k/a "Scar," and CHRISTIAN CORTEZ, a/k/a "Bhris," the defendants, as well as the Associate Dealers, such as SEAN THOM, a/k/a "Bobby," CURTIS MILLER, a/k/a "Butter," a/k/a "Birdie," a/k/a "Light," HENRY RODRIGUEZ, a/k/a "Hollywood," and PETER RODRIGUEZ, a/k/a "Heavy," the defendants, to divide up drug dealing territory. Under these agreements, the Livigni Team has kept its operations on Sixth Avenue between West 8th and West 9th Streets or, more recently, two blocks farther north on Sixth Avenue, and members of the Bloods Team and the Associate Dealers have principally operated in Washington Square Park. The Bloods Team and Associate Dealers in the WSP Enterprise have at times also operated on parts of Sixth Avenue that are not occupied by the Livigni Team. While abiding by these commitments, the WSP Enterprise continues to coordinate across these geographic bounds by, for example and as described in more detail below, sharing lower-level drug dealers, sharing sources of supply, steering customers to available drug supply, and coordinating responses to law enforcement operations.

      b.      The Bloods Team, the Livigni Team, and the Associate Dealers in the WSP Enterprise share "workers"—such as DANIEL NEGRON, a/k/a "Bolo," BRANDI FELCI, and BLAKE JAKE TANNENBAUM, the defendants—who are typically drug users whom the defendants pay in cash or drugs to make hand-to-hand drug deals directly with customers. The Bloods Team, the Livigni Team, and the Associate Dealers have permitted workers to work for more than one WSP Enterprise dealer or team, including on the same day, and have reached

7

agreements and understandings with each other concerning how to share workers.

  c. Members of the WSP Enterprise warn each other when law enforcement is in the area, in order to protect each other and their drug businesses from law enforcement intervention. For example, members of the WSP Enterprise who are selling drugs in the Park, including members of the Bloods Team and others, have notified members who are working on Sixth Avenue, such as the Livigni Team, if police are making arrests in the Park, and conversely, dealers on Sixth Avenue have informed dealers in the Park if police are making arrests on Sixth Avenue.

  d. As described above, members of the WSP Enterprise often sell drugs in concert with each other, such as when BISHARA STROTHER, a/k/a "Wawa," and ROBERT JOHNSON, a/k/a "Black Rob," who are Associate Dealers, and NAZZIR WASHINGTON, a/k/a "Nazzi," the defendant, who is a member of the Bloods Team, have sold drugs together on the corner of Sixth Avenue and West 4th Street. In addition, members of the WSP Enterprise and their workers steer drug customers to other members of the WSP Enterprise, for example, if they are sold out of the drugs that the customer is looking for, or if the customer is looking for a particular type or batch of drugs that only another dealer possesses.

  e. The members of the WSP Enterprise at times also share sources of supply. As described above, STROTHER is a common source of re-supply for various members of the WSP Enterprise who run out of their primary supply. In addition, other members of the WSP Enterprise have at times bought and sold drugs from each other for re-sale when they sell out of their own supply.

  f. Members of the WSP Enterprise work together to keep out other drug dealers who are not known to the WSP Enterprise who attempt to sell drugs in the Washington Square Park Area.

16.     Through these and other agreements, the defendants, as part of the WSP Enterprise, have been able to deal drugs for years in a small geographical area—the Washington Square Park Area—while minimizing internal conflicts and maximizing their drug dealing profits.

17.     The defendants work together to sell drugs in the Washington Square Park Area despite knowing the deadly consequences of their actions. During the last five years, police officers and emergency medical personnel have responded on numerous occasions to treat unconscious victims of the defendants' drugs—victims, sometimes more than one at a time, suffering from apparent overdoses in full view of others in the WSP Enterprise's principal areas of operation. Victims of the defendants' drug dealing have frequently been treated with Narcan, an opioid-treatment nasal spray, including by workers for the WSP Enterprise, and have often been transported by ambulance to nearby hospitals. Members of the WSP Enterprise have also discussed the deaths caused by the WSP Enterprise's drugs. But the defendants have continued, undeterred by the deaths and overdoses of their customers, to sell fentanyl, fentanyl analogues, and crack cocaine in the Washington Square Park Area.

**Fentanyl and Fentanyl Analogues Distributed by the WSP Enterprise Killed Victim-1**

18.     On or about June 1, 2024, Victim-1, who was then 18 years old, graduated from high school in Aspen, Colorado. Two days later, on or about June 3, 2024, Victim-1 flew to New York to begin a prestigious summer internship on Broadway—a job Victim-1 hoped would launch Victim-1's dream career in the theater industry. Shortly before arriving in New York, Victim-1 texted a particular individual ("Individual-1") in New York and asked Individual-1, in substance, if Individual-1 could buy drugs for Victim-1 to use after arriving in New York.

19.     On or about June 3, 2024, Individual-1 bought crack cocaine for Victim-1 from a drug dealer in the Washington Square Park Area. Individual-1 also looked for the Livigni Team to buy the Team's dope for Victim-1. When Individual-1 could not find the Livigni Team,

Individual-1 then looked for MALIEK LUGG, a/k/a "Scarface," a/k/a "Scar," the defendant, and bought LUGG's purple bags of dope—containing fentanyl, para-fluorofentanyl, acetylfentanyl, and heroin—from a worker for LUGG. Individual-1 then texted Victim-1 to inform Victim-1 about the dope purchase:

| Individual-1 | [...] Regular mans was not there Got u some from another trusted guy twas just a lil more expensive If you end up not liking it I can get u from the regular mans asap but tbh [to be honest] this shit gas |
|---|---|
| Victim-1 | perfect, I trust you |

20. Later that evening, Individual-1 and Victim-1 met in person and together used the crack cocaine that Individual-1 bought from a Washington Square Park Area drug dealer, along with the dope that Individual-1 had bought from LUGG's worker. After using some of LUGG's product with Victim-1, Individual-1 provided the remaining purple bags to Victim-1.

21. The following day, on or about June 4, 2024, Victim-1 was found dead in the bedroom of the Manhattan apartment where Victim-1 was staying.

22. A purple bag containing a small amount of material, which tested positive for fentanyl, para-fluorofentanyl, acetylfentanyl, and heroin, was found under Victim-1's wrist. Ripped up pieces of purple bags containing residue that tested positive for fentanyl and heroin, among other drug paraphernalia, were on a table in the bedroom of the Manhattan apartment where Victim-1 was found. Those pieces of purple bags are shown below:



23. Victim-1's death was the result of an acute overdose caused by fentanyl and fentanyl analogues, among other substances.

**Fentanyl and Fentanyl Analogues Distributed by the WSP Enterprise Killed Victim-2**

24. On or about November 24, 2024, less than six months after Victim-1's death, an individual called 311 to report a person on the sidewalk—later identified as Victim-2—outside a residential building located on Greenwich Avenue, approximately one block away from the intersection of Sixth Avenue and West 8th Street in the Washington Square Park Area, where the Livigni Team was known to sell drugs. Victim-2, who was then 43 years old, was a homeless individual who had lived on the streets in the Washington Square Park Area for years. Prior to Victim-2's death, Victim-2 had provided a prepaid debit card containing Victim-2's federal benefits to JOHN LIVIGNI, a/k/a "Johnny," the defendant, in return for Victim-2 having ongoing daily access to the Livigni Team's drugs. Victim-2 at times also bought drugs from MALIEK

11

LUGG, a/k/a "Scarface," a/k/a "Scar," the defendant, and other WSP Enterprise dealers.

25. After receiving the 311 call on or about November 24, 2024, paramedics responded to the scene and transported Victim-2 to a nearby hospital, where Victim-2 was pronounced dead.

26. On the sidewalk where Victim-2 was found were yellow bags containing crack cocaine in a black pouch and empty light blue dope bags of the type sold by the Livigni Team, as well as pieces of purple dope bags and a red glassine envelope of the type sold by the Bloods Team—in particular, MALIEK LUGG, a/k/a "Scarface," a/k/a "Scar," and CHRISTIAN CORTEZ, a/k/a "Bhris," the defendants, respectively—among other drug paraphernalia, including a hypodermic needle and bags containing cotton balls. Images from photographs of these materials are below.





27.     Victim-2's death was the result of an acute overdose caused by fentanyl and fentanyl analogues, among other substances.

**Statutory Allegations**

**COUNT ONE**
**(Conspiracy to Distribute Narcotics Resulting in Death)**

28.     From at least in or about 2020, through the present, in the Southern District of New York and elsewhere, MALIEK LUGG, a/k/a "Scarface," a/k/a "Scar," JOHN LIVIGNI, a/k/a "Johnny," CURTIS MILLER, a/k/a "Butter," a/k/a "Birdie," a/k/a "Light," TOMMY BROWN, JR., a/k/a "Ayo," a/k/a "Bizzy," CHRISTIAN CORTEZ, a/k/a "Bhris," JARED COVINGTON, a/k/a "KG," NAZZIR WASHINGTON, a/k/a, "Nazzi," VITO HASKINS, a/k/a "Youngin," FELIX CUEVAS, a/k/a "Cuzzo," MANNY PINA, ANDRE BETHEA, a/k/a "Black," SEAN THOM, a/k/a "Bobby," BISHARA STROTHER, a/k/a "Wawa," ROBERT JOHNSON, a/k/a "Black Rob," HENRY RODRIGUEZ, a/k/a "Hollywood," PETER RODRIGUEZ, a/k/a "Heavy," DANIEL NEGRON a/k/a "Bolo," BRANDI FELCI, and BLAKE JAKE TANNENBAUM, the

defendants, and others known and unknown, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

29.     It was a part and an object of the conspiracy that MALIEK LUGG, a/k/a "Scarface," a/k/a "Scar," JOHN LIVIGNI, a/k/a "Johnny," CURTIS MILLER, a/k/a "Butter," a/k/a "Birdie," a/k/a "Light," TOMMY BROWN, JR., a/k/a "Ayo," a/k/a "Bizzy," CHRISTIAN CORTEZ, a/k/a "Bhris," JARED COVINGTON, a/k/a "KG," NAZZIR WASHINGTON, a/k/a, "Nazzi," VITO HASKINS, a/k/a "Youngin," FELIX CUEVAS, a/k/a "Cuzzo," MANNY PINA, ANDRE BETHEA, a/k/a "Black," SEAN THOM, a/k/a "Bobby," BISHARA STROTHER, a/k/a "Wawa," ROBERT JOHNSON, a/k/a "Black Rob," HENRY RODRIGUEZ, a/k/a "Hollywood," PETER RODRIGUEZ, a/k/a "Heavy," DANIEL NEGRON a/k/a "Bolo," BRANDI FELCI, and BLAKE JAKE TANNENBAUM, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

30.     The controlled substances involved in the offense were: (i) 400 grams and more of mixtures and substances containing a detectable amount of fentanyl; (ii) 100 grams and more of mixtures and substances containing a detectable amount of para-fluorofentanyl, an analogue of fentanyl; (iii) 100 grams and more of mixtures and substances containing a detectable amount of acetylfentanyl, an analogue of fentanyl; (iv) one kilogram and more of mixtures and substances containing a detectable amount of heroin; (v) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack"; and (vi) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

31. The use of such controlled substances resulted in the death of a person ("Victim-1") on or about June 3, 2024, in New York, New York.

32. The use of such controlled substances resulted in the death of a person ("Victim-2") on or about November 24, 2024, in New York, New York.

33. The use of such controlled substances resulted in serious bodily injury to a person ("Victim-3") on or about July 27, 2024, and on or about November 11, 2024, in New York, New York.

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

34. As a result of committing the offense alleged in Count One of this Superseding Indictment, MALIEK LUGG, a/k/a "Scarface," a/k/a "Scar," JOHN LIVIGNI, a/k/a "Johnny," CURTIS MILLER, a/k/a "Butter," a/k/a "Birdie," a/k/a "Light," TOMMY BROWN, JR., a/k/a "Ayo," a/k/a "Bizzy," CHRISTIAN CORTEZ, a/k/a "Bhris," JARED COVINGTON, a/k/a "KG," NAZZIR WASHINGTON, a/k/a, "Nazzi," VITO HASKINS, a/k/a "Youngin," FELIX CUEVAS, a/k/a "Cuzzo," MANNY PINA, BISHARA STROTHER, a/k/a "Wawa," ANDRE BETHEA, a/k/a "Black," SEAN THOM, a/k/a "Bobby," ROBERT JOHNSON, a/k/a "Black Rob," HENRY RODRIGUEZ, a/k/a "Hollywood," PETER RODRIGUEZ, a/k/a "Heavy," DANIEL NEGRON a/k/a "Bolo," BRANDI FELCI, and BLAKE JAKE TANNENBAUM, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## Substitute Assets Provision

35. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

*[signature]*
JAY CLAYTON
United States Attorney