UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :        S1 25cr484-15(DLC)
            -v-                      :
                                     :        ORDER
HENRY RODRIGUEZ,                     :
                                     :
                  Defendant.         :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that an initial conference will be held

on **March 11, 2026 at 3:00 PM** in Courtroom 18B, 500 Pearl Street,

New York, NY, 10007.  Trial is scheduled to begin on September

14, 2026.

Dated:     New York, New York
           March 9, 2026

                          _____
                                  DENISE COTE
                          United States District Judge