# KEITH WHITE, PLLC
## ATTORNEY & COUNSELOR AT LAW

### 396 WAVERLY AVENUE BROOKLYN, NY 11238

(Tel) 718-403-9261                                  (email) keith@keithwhitelaw.com

April 20, 2026

**Via ECF**
Hon. Denise Cote, District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Henry Rodriguez, 25 Cr. 484 (DLC) Application for Interim Vouchers**

Dear Judge Cote,

I represent Mr. Henry Rodriguez in the above-captioned matter pursuant to an appointment under the Criminal Justice Act, 18 U.S.C. § 3006A. I write to respectfully request authorization from the Court to submit interim CJA vouchers in connection with my ongoing representation of Mr. Rodriguez.

The Government's discovery production in this multi-defendant matter is substantial, and counsel has dedicated, and continues to dedicate, significant time to its review, analysis, and organization. Receiving interim compensation would help avoid economic hardship as this complex matter proceeds, ensuring that I can continue to devote the necessary time and resources required for an effective defense.

Accordingly, I respectfully request that the Court grant authorization for the submission of interim CJA vouchers for the duration of this representation. I await further instructions from the Court on this matter.

Respectfully submitted,

/s/ Keith White
Keith White, PLLC
Attorney for Henry Rodriguez
396 Waverly Avenue
Brooklyn, NY 11238
keith@keithwhitelaw.com
(718) 403-9261

*Granted.*

*Denise Cote*
4/21/26