UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

UNITED STATES OF AMERICA,

-v-

HENRY RODRIGUEZ,

Defendant.

----------------------------------------X

S1 25cr484-15(DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a change of plea is scheduled for **August 7, 2026 at 12:00 PM** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated: New York, New York
August 4, 2026

DENISE COTE
United States District Judge